UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT FORTIER

   v.                                        Civil No. 3:02cv1735(MRK)

CITY OF WATERBURY,
LARRY POMERANZ,
STEPHEN VOLD

## JUDGMENT

A notice of proposed dismissal [19-1] of the above-captioned action having been sent to counsel of record on December 11, 2003, pursuant to this Court's Local Rule 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefore having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

SO ORDERED.

Dated at New Haven, Connecticut, this 22nd day of March 2004.

                                                             Kevin F. Rowe, Clerk

                                                 By /s/ Kenneth R. Ghilardi
                                                      Kenneth R. Ghilardi
                                                      Deputy Clerk

EOD:_____